A90A0671. WISE v. CITY OF ADEL et al.
(406 SE2d 142)

ANDREWS, Judge.

On certiorari our decision reversing the trial court in *Wise v. City of Adel*, 195 Ga. App. 559 (394 SE2d 540) (1990) was reversed in *City of Adel v. Wise*, 261 Ga. 53 (401 SE2d 522) (1991). Accordingly, our decision is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. Pope and Beasley, JJ., concur.*

DECIDED APRIL 19, 1991.

Morris & Webster, Craig A. Webster, for appellant.
Young, Young & Clyatt, Robert M. Clyatt, for appellees.